clearly of the opinion that it was not, we think the point is still open for decision.

In view of what we have said, the decree below must be affirmed; and it is so ordered.

---

## GILPIN v. UNITED STATES.

(Circuit Court of Appeals, Eighth Circuit.   November 21, 1919.)

### No. 5284.

Appeal from the District Court of the United States for the District of Nebraska; Joseph W. Woodrough, Judge.

Suit by Mary Gilpin, a minor, by her next friend, Samuel Gilpin, against the United States. Decree for defendant, and complainant appeals. Affirmed.

John Lee Webster, of Omaha, Neb. (Hiram Chase, of Pender, Neb., on the brief), for appellant.

T. S. Allen, U. S. Atty., of Lincoln, Neb., and O. C. Anderson, Attorney for Omaha Tribe of Indians, of West Point, Neb. (Frank A. Peterson, Asst. U. S. Atty., of Omaha, Neb., on the brief), for the United States.

Before CARLAND and STONE, Circuit Judges, and ELLIOTT, District Judge.

CARLAND, Circuit Judge.   This case is ruled by our decision in Chase, v. United States, 261 Fed. 833, —— C. C. A. ——, this day decided.

Decree affirmed.

---

## BUTLER v. UNITED STATES et al.

(Circuit Court of Appeals, Eighth Circuit.   November 21, 1919.)

### No. 5320.

APPEAL AND ERROR ☞1061(2)—DISMISSAL OF INTERVENING PETITION NOT ERROR WHERE ACTION IS DISMISSED ON MERITS.

Dismissal of an intervening petition *held* not error, where the action was subsequently and rightly dismissed on the merits.

Appeal from the District Court of the United States for the District of Nebraska; J. W. Woodrough, Judge.

Suit in equity by Claude Hallowell against the United States; Thomas Butler, Intervener. Intervener appeals from an order dismissing his petition. Affirmed.

Thomas L. Sloan, of Walthill, Neb., and Clinton Brome, of Omaha, Neb., for appellant.

T. S. Allen, U. S. Atty., of Lincoln, Neb., and O. C. Anderson, Attorney for Omaha Tribe of Indians, of West Point, Neb., for the United States.

John Lee Webster, of Omaha, Neb. (Waldo C. Whitcomb, of Winnebago, Neb., on the brief), for appellee Hallowell.

Before CARLAND and STONE, Circuit Judges, and ELLIOTT, District Judge.

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes